# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2025 ND 7

Joseph Edward Glaum,

Plaintiff and Appellant

v.

Rebecca Woodrow,

Defendant

## No. 20240153

Appeal from the District Court of Grand Forks County, Northeast Central Judicial District, the Honorable Donald Hager, Judge.

AFFIRMED.

Per Curiam.

Joseph E. Glaum, Bismarck, ND, plaintiff and appellant; submitted on brief.

## Glaum v. Woodrow
### No. 20240153

**Per Curiam.**

[¶1]   Glaum appeals from the district court's judgment dismissing his civil case. This Court reviews findings of fact under the "clearly erroneous standard of N.D.R.Civ.P. 52(a)." *Cavare, Inc. v. Kjelgren*, 2021 ND 236, ¶ 8, 968 N.W.2d 141. The district court's judgment is not clearly erroneous because it was not induced by an erroneous view of the law, evidence exists to support it, and we are not left with a definite and firm conviction the court made a mistake. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr